# R<small>OBERT</small> W<small>ISNIEWSKI</small> P.C.
A<small>TTORNEYS</small>-<small>AT</small>-L<small>AW</small>
**225 Broadway, Suite 612**
**New York, New York 10007**
------
TEL: (212) 267-2101
FAX: (212) 587-8115

October 30, 2008

Hon. Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court – EDNY
225 Cadman Plaza East
Brooklyn, New York 11201
    *VIA ECF*

**Re: Bielski et al. v. Royal Plumbing & Heating Corp. et al.**
<u>**Docket: 06 cv 6542 (BMC)(VVP)**</u>

Dear Judge Pohorelsky,

    I represent Plaintiffs in the above matter. Plaintiffs and Defendants respectfully make a joint request that this Court transform the upcoming settlement conference, scheduled for November 3, 2008, into an in-person status conference. The parties wish to present their progress in the settlement negotiations and to request the Court's input on how to proceed further.

    The parties make this request for the following reasons. First, Defendants were only recently able to provide Plaintiffs with the contract specifications and drawings, which were documents requested by the Plaintiffs' potential expert. Further, twelve (12) new persons are attempting to join this lawsuit and Plaintiffs provided updated calculations for all parties, Plaintiffs and proposed Plaintiffs, with the exception of a few potential Plaintiffs who very recently evidenced a desire to join this lawsuit. Plaintiffs' expert, Glenn Pannenborg will shortly calculate the damages of the most recent proposed Plaintiffs. Finally, Mr. Pannenborg has been able to refine his methodology and the most recent calculations have allowed the parties to substantially narrow the gap between the parties and engage in more substantive negotiations.

    Accordingly, both parties feel that Your Honor's time would be used more efficiently if the conference on November 3, 2008 were a status conference rather than a settlement conference.

    Thank you for your attention to the above.

                                                            Respectfully submitted,

                                                            _____/s/_____
                                                            Robert Wisniewski (RW-5308)